```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv10769 (DLC)
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :         ORDER
                    Plaintiff,           :
                                         :
          -v-                            :
                                         :
CHARLES SAMEL,                           :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 12, 2021, defendant Charles Samel filed a motion to dismiss. An initial pretrial conference is currently scheduled for March 18 at 10:00am. It is hereby

ORDERED that any opposition to the motion to dismiss is due **April 5, 2021.**

IT IS FURTHER ORDERED that any reply is due **April 19, 2021.**

IT IS FURTHER ORDERED that the March 18 initial pretrial conference is adjourned sine die.

Dated:   New York, New York
         March 15, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge