```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   20cv10769 (DLC)
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :        ORDER
                           Plaintiff,     :
                                          :
             -v-                          :
                                          :
CHARLES SAMEL,                            :
                                          :
                           Defendant.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the initial pretrial conference held on June 4, 2021, it is hereby

ORDERED that a status letter is due **June 18, 2021**. If the parties have not reached a settlement in principle by that date, a conference will be held to set a schedule for further proceedings.

Dated:   New York, New York
         June 4, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge